# CERTIFICATE OF SERVICE

I, LESTER J. MARSTON, hereby certify that a copy of the foregoing document was on this date served upon all counsel of record by electronically filing the foregoing with the Clerk of the U.S. District for the Eastern District of California, using its ECF system, which automatically provides electronic notification to the following:

Thomas Frederick Gede
Bingham Mccutchen LLP
3 Embarcadero Center
PO Box 944255
San Francisco, CA 94111
415-393-2132
Fax: 415-393-2286
Email: tom.gede@bingham.com

Geoffrey Michael Hash
Rosette, LLP
193 Blue Ravine Road Suite 255
Folsom, CA 95630
916-353-1084
Fax: 916-353-1085
Email: ghash@rosettelaw.com

/s/ Lester J. Marston
Attorney for Plaintiff