UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,<br><br>            Plaintiff,<br><br>   vs.<br><br>BABOBANK, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 13-0609 LJO MJS<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS**<br>(Docs. 8, 27.) |

     U.S. Magistrate Judge Michael J. Seng issued June 11, 2013 findings and recommendations ("f and r's") (doc. 26) to permit parties identified as the "Lewis Faction" to intervene in this action and to respond to the complaint of plaintiff parties identified as the "Ayala Faction." In response to the f and r's, the Ayala Faction filed June 26, 2013 objections (doc. 27), which fail to address meaningfully the f and r's analysis of intervention factors. Instead, the objections focus chiefly on extraneous matters and the overall merits of the parties' dispute.

     Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court carefully considered the objections and carefully reviewed *de novo* the record and f and r's. This Court finds that the f and r's properly considered and applied the record to recommend the Lewis' Faction's intervention to fulfill intervention purposes and that the f and r's are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the June 11, 2013 f and r's (doc. 26);

2. ORDERS the Lewis Faction, no later than July 15, 2013, to file and serve papers to respond to the Ayala Faction's complaint; and

3. DIRECTS the clerk to term doc. 8.

IT IS SO ORDERED.

Dated:  **June 27, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE