UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,<br><br>    Plaintiff,<br><br> vs.<br><br>ROBOBANK, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. CV F 13-0609 LJO MJS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 35) |

  Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

  1. DISMISSES without prejudice this entire action and all claims;

  2. VACATES all pending matters and dates, including the August 12, 2013 motion to dismiss hearing and October 24, 2013 scheduling conference; and

  3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

 Dated: **July 19, 2013**      **/s/ Lawrence J. O'Neill**
                 UNITED STATES DISTRICT JUDGE

1