UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,<br><br>        Plaintiff,<br><br>   vs.<br><br>RABOBANK, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 13-0609 LJO MJS<br><br>**ORDER TO CONFIRM DISMISSAL**<br><br>(Doc. 37) |

      This Court issued its July 19, 2013 order to dismiss this action without prejudice under the mistaken impression that no party had filed an answer to plaintiff's complaint. *See* F.R.Civ.P. 41(a)(1)(i). After issuance of the order, this Court confirmed that defendant Rabobank had filed an answer to require a stipulation. *See* F.R.Civ.P. 41(a)(1)(ii). Court staff conferred with Rabobank's counsel to confirm that Rabobank agrees to dismissal of this action pursuant to plaintiff's notice of dismissal and this Court's order. As such, this Court confirms dismissal of this action without prejudice despite the absence of Rabobank's stipulation under F.R.Civ.P. 41(a)(1)(ii).

IT IS SO ORDERED.

    Dated:   **July 19, 2013**                      **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28